UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MARK A. ESPINOSA, ET AL.,            :
     Plaintiffs,                          :
                                         :
v.                                   : CASE NO.  3:02CV1555(RNC)
                                         :
UNITED FOOD and                      :
COMMERCIAL, ET AL.,                  :
                                         :
    Defendants.                          :

## ORDER OF DISMISSAL

The parties having failed to demonstrate that the jurisdictional requirement can be met as required in the court's endorsement order of August 11, 2003, this action is hereby dismissed.

The Clerk's Office is directed to administratively close this file.

So ordered.

Dated at Hartford, Connecticut this day 30 of October 2003.

_____
Robert N. Chatigny)
United States District Judge